# INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| **Exhibit** | **Title/Description**. |
|---|---|
| **Exhibit 1** | WhatsApp Messages between Plaintiff and Defendant, Mr. Shallal, from March 31, 2023, to July 6, 2023. |
| **Exhibit 2** | Text messages between Plaintiff and Defendant, Mr. Shallal, from March 31, 2023, to July 6, 2023. |
| **Exhibit 3** | Invoice from Plaintiff, dated April 4, 2023 |
| **Exhibit 4** | Raffaello Delivery – Details email. Email from Plaintiff to Defendant, dated March 31, 2023. |
| **Exhibit 5** | Customs Bond Paperwork filled out by Defendant, Mr. Shallal, dated April 28, 2023. |
| **Exhibit 6** | Transcript of Deposition of Pavlo Shallal, dated January 10, 2025. |

VANDEVEER GARZIA P.C.