# EXHIBIT 2

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF MICHIGAN

 3

 4      MIXRTVAGD PL SP.Z.O.O.

 5      a Polish Corporation,

 6                    Plaintiff,

 7       vs.                         Civil Action

 8                                   No. 2:24-cv-10494-RJW-EAS

 9

10      SHALLAL INTERNATIONAL, LLC,

11      A Michigan Limited Liability Company

12      and PAVLO SHALLAL, and individual,

13                    Defendants,

14      _____/

15      PAGE 1 TO 85

16

17       The Deposition of PAVLO SHALLAL,

18       Taken at 840 West Long Lake Road, Suite 600,

19       Troy, Michigan

20       Commencing at 3:05 p.m.,

21       Friday, January 10, 2025,

22       Before Brenda Klein, CSR, CER 3554

23

24

25
```

```
 1     APPEARANCES:

 2     MR. ZACHARY J. CHUEY  P83966

 3     Vandeveer Garzia

 4     840 W. Long Lake Road, Suite 600

 5     Troy, Michigan  48098

 6     (248) 312-2800

 7     zchuey@vgpclaw.com

 8       Appearing on behalf of the Plaintiff.

 9

10     MR. YOUSIF G. YATOMA  P80627

11     Law Offices of Dani A. Jajou

12     30445 Northwestern Highway, Suite 250

13     Farmington Hills, Michigan  48334

14     (248) 985-3232

15     yyatoma@jajoulaw.com

16       Appearing on behalf of the Defendants.

17

18

19     INTERPRETER:  SHAWKI BAHIR

20

21

22

23

24

25
```

<pre>
 1                      TABLE OF CONTENTS

 2     Witness                                       Page

 3     PAVLO SHALLAL

 4

 5     EXAMINATION BY MR. CHUEY:                        4

 6     EXAMINATION BY MR. YATOMA:                      40

 7     RE-EXAMINATION BY MR. CHUEY:                    68

 8     RE-EXAMINATION BY MR. YATOMA:                   80

 9     RE-EXAMINATION BY MR. CHUEY:                    83

10

11                        EXHIBITS

12     EXHIBIT NO. 1    E-MAIL                         17

13     EXHIBIT NO. 2    TEXT MESSAGES                  22

14     EXHIBIT NO. 3    DOCUMENTS                      65

15

16     (All Exhibits attached but No. 3 retained by Counsel.)

17

18

19

20

21

22

23

24

25
</pre>

```
 1      Troy, Michigan

 2      Friday, January 10, 2025

 3      About 3:05 p.m.

 4      *All answers give by witness unless indicated.

 5                    SHAWKI BAHIR

 6      having first been duly sworn to translate English into

 7      Chaldean and Chaldean into English.

 8                    PAVLO SHALLAL,

 9      having first been duly sworn, was examined and testified

10      on his oath as follows:

11  EXAMINATION BY MR. CHUEY:

12  Q.  Good afternoon, Pavlo.  My name is Zach Chuey.  I'm an

13      attorney for the Plaintiff corporation.

14              Can you please state and spell your name for

15      the record?

16  A.  Pavlo Shallal, P-A-V-L-O, and Shallal, S-H-A-L-L-A-L.

17  Q.  Thank you.  Have you ever had your deposition taken

18      before?

19  A.  What do you mean?

20              INTERPRETER:  (Chaldean.)

21  A.  No.

22              INTERPRETER:  No.

23  Q.  And so I'm basically going to ask you some questions --

24  A.  Sure.

25  Q.  -- and answer them to the best of your ability.  If you
```

1         don't know the answer say, I don't know, totally fine.

2         You don't need to guess.  We want you to be 100 percent

3         truthful here.  Okay?

4  A.   Okay.  You know what, one time I was at the store and

5         the store is under my brother's name and I was at the

6         store and we got selling for tobacco, one of our

7         employees, he sold tobacco but I have to go and talk to

8         attorney.  It was me and my brother and the employee.  I

9         was with them when the thing happened.  That's the only

10        thing.

11            INTERPRETER:  They ask you a question and you

12        answer it.

13  A.   This is only thing that happen.  What you call it?

14  Q.   Okay.  This is a deposition.

15  A.   It called deposition.

16  Q.   No problem.  Just to sort of go over the ground rules, I

17         ask you a question and you answer to the best of your

18         ability.  If you don't understand --

19  A.   You got it.

20  Q.   -- let me know and I'll try to rephrase it.  Obviously

21         we have a wonderful interpreter here, so if I ask you a

22         question that you need help with, he's here to assist

23         but it sounds like your English is pretty good.

24            Of course, it takes me a while to sometimes

25        get questions out.  For the sake of the court reporter,

```
 1            please don't interrupt.  I know you can probably sense

 2            sort of the questions I'm coming in and it's natural to

 3            want to answer before I can get it all out.

 4    A.      No problem.

 5    Q.      For the sake of the court reporter, just wait and then

 6            give verbal responses, if you could, so no like uh-huh

 7            or uh-uh or anything like that, just so we have a kind

 8            of clear record.  Okay?

 9                   Lastly, this shouldn't take too long but if

10            you need A break to go to the bathroom, just let me

11            know.

12    A.      No problem.  Okay.

13    Q.      My first question is:  Did you receive the notice of

14            deposition to be here today?

15    A.      Yes.

16    Q.      Yes.  Okay.  And as part of that notice there were

17            documents requested.  Did you bring any documents?

18    A.      I did.  The one I got, these right here.

19                   MR. YATOMA:  It's a printout of the text

20            messages between him and the individual he was

21            communicating with.

22    A.      I have some of those.  This is just my wife.  She wrote

23            this.

24    Q.      Do you have --

25                   MR. CHUEY:  Do you have copies of those
```

1   documents at all?

2      MR. YATOMA:  Yes.  We just have -- yes, I do

3   have copies of the text messages.  They were attached to

4   the complaint.

5      MR. CHUEY:  So these have already been

6   provided?

7      MR. YATOMA:  Correct.

8 A. Correct.

9 Q. Do you have any others that have not been provided?

10 A. No.

11 Q. Okay.  If you do, you know, have additional production

12   or whatever, we would reserve the right to redepose you.

13      MR. YATOMA:  For the record, he did bring a

14   box of the candy that was shipped to him.

15      MR. CHUEY:  I was wondering what that was.

16   I'm not sure what we will do with that, but I'm glad we

17   have it.

18 Q. All right.  So your name is Pavlo Shallal; is that

19   correct?

20 A. Yes, sir.

21 Q. What is your date of birth?

22 A. █████████████

23 Q. Okay.  Where do you currently live?

24 A. I live in ██████████████

25 Q. What's the full address of that?

```
 1   A.   ███████████████████████████████████

 2   Q.   Okay.  How long have you been living there?

 3   A.   Five years.

 4   Q.   Five years.  Okay.  Where did you live before that?

 5   A.   ████████████████████████.

 6   Q.   Okay.  Can you give an address, a full address?

 7   A.   ███████████████████████████████████

 8        ██████████████████

 9   Q.   Okay.  How long did you live there for?

10   A.   Maybe four years or five years.  I'm not really sure.

11   Q.   Okay.

12   A.   Yeah, four or five years.

13   Q.   Did you grow up in the area?

14   A.   Yes, Sterling Heights, which was a different address, my

15        parents address.  I live there since 2005 to the -- 1995

16        to 2011.

17   Q.   Okay.  1995?

18   A.   Yeah.  Different address, not this address.  And then

19        when I got married I moved.

20   Q.   Okay.  Do you have any other names or aliases?

21   A.   Zeek, Z-E-E-K.

22   Q.   How long have you been going by that?  All your life?

23   A.   Oh, since I was in high school.

24   Q.   And do you have any spouse?

25   A.   What is it?
```

```
 1                    INTERPRETER:  (Chaldean.)

 2    A.  I have a wife and four kids.

 3    Q.  What's your wife's name?

 4    A.  Halyna.

 5    Q.  Halyna?

 6    A.  Halyna.

 7    Q.  That's a pretty name.

 8             When did you guys get married?

 9    A.  2011.

10             MR. YATOMA:  I'm sorry to interrupt.  What was

11         your wife's name?

12             THE WITNESS:  Halyna.

13             MR. YATOMA:  H-E-L-E-N-A?

14             THE WITNESS:  H-A-L-Y-N-A.

15    Q.  What were the names of your kids?

16    A.  My kids?

17    Q.  Yes.

18    A.  ████████████████████████████

19    Q.  And not to put you on the spot, but do you have a date

20         of birth for the kids here?  A rough year will be fine.

21    A.  I got my daughter ████████████████

22    Q.  Okay.

23    A.  I got ████████████████.  I got ████████████████████

24         ████  And I got ██████████████.

25    Q.  All right.  And I'm going to --
```

```
 1   A.   Which is ███████████
 2   Q.   ████████████.
 3   A.   ████████████
 4   Q.   No grandchildren, I assume --
 5   A.   No.
 6   Q.   -- judging by the ages?
 7   A.   My kids are three and seven and nine.
 8   Q.   Just wanted to double check.  I kind of assumed that.
 9        All right.
10             Can you tell me a bit about your educational
11        background?  What high school?
12   A.   I graduated from Troy Athens High School in 1998.
13   Q.   '98.  All right.  Did you go to college at all.
14   A.   No, dropped out.
15   Q.   Okay.  Dropped out.  Did you attend --
16   A.   I went for not long and then I couldn't make it because
17        of work.
18   Q.   Okay.  What college did you go to?
19   A.   Oakland University.
20   Q.   Do you know how long you were there for?
21   A.   Not long.
22   Q.   Okay.
23   A.   Couple months and I just dropped out.
24   Q.   No worries.  Do you have any other professional degrees
25        or vocational training or anything like that?
```

```
 1   A.   No.

 2   Q.   Can you tell me about your current employer?

 3   A.   I'm at Park and Save Market.

 4   Q.   What is your job title there?

 5   A.   I'm a manager.

 6   Q.   What are the general duties you have at your job?

 7   A.   Which is -- I'm cash register or like making orders.

 8   Q.   So orders for like shipping goods?

 9   A.   For the store.

10   Q.   Okay.  What is your schedule?

11   A.   It's different every time.  I have from 10 to 7 or I

12        have from 6 afternoon to 1 at night -- in the morning.

13   Q.   Okay.  Roughly 40 hours a week?

14   A.   Yeah, 40, 35, 50.  It's always different.

15   Q.   Okay.  Approximately, what is the salary for that?

16   A.   I make around 30,000 a year.  Sometime 20, depends.

17   Q.   Sure.

18   A.   It's from 20 to 30.

19   Q.   Okay.  Thank you.  Where did you work at before that?

20   A.   I have -- which is I work at Park and Save Market since

21        1998 and I work at White Star nightclub.

22   Q.   White Star?

23   A.   White Star nightclub, two days, one day, since 2006.

24   Q.   Do you still work there?

25   A.   Yeah, like one day, two days.
```

1    Q.    What do you do there?

2    A.    Manager too.

3    Q.    Okay.  Similar job duties or what are your duties?

4    A.    I'm on top of employees.

5    Q.    Okay.  Can you explain what that means?

6    A.    Like I watch employees what they doing, not doing, this

7          and that.  I have to keep an eye on them.

8    Q.    Okay.  And so Park and Save was from --

9    A.    1998.

10   Q.    '98.

11   A.    And other was 2006.

12   Q.    Did you have any employment prior to that?

13   A.    Just when Corona happened.  Like what you mean about it?

14   Q.    Did you have a previous job before Park and Save?

15   A.    No.  No.

16   Q.    Now you are the owner of Shallal International; is that

17         right?

18   A.    Yes.

19   Q.    Are you the only owner?

20   A.    Yes.

21   Q.    Are there any employees, other than yourself, obviously?

22   A.    No, just me.

23   Q.    How long has it been in operation?

24   A.    Year and a half.

25   Q.    What type of business does it conduct?

1   A.   This is like -- what it is, we buy stuff and sell it.

2   Q.   Okay.

3   A.   I get like, kind of -- they call it jobbers, you know,

4        like salesmen, they get items from me and they go sell

5        it.

6   Q.   Okay.  Do you often buy things internationally?

7   A.   I do too and inside too.

8   Q.   And domestically?

9   A.   Yes.

10  Q.   Do you have regular clients or customers that you

11       interact with?

12  A.   What it is, I have some people, whoever come.  Sometime

13       I don't know the people, you know, most of the time I

14       don't know the people, they just come and get the stuff,

15       you know, but I do have couple people that they get

16       stuff from me and they go around businesses and sell it.

17       That's how it is.

18  Q.   Are they contractors or just points of --

19  A.   No, just like -- they call it jobbers, you know,

20       salesmen.  They work by their self.

21            INTERPRETER:  They are like self-employed.

22  A.   Self-employed, yes.

23  Q.   Do you know what the revenue --

24  A.   I have no idea.

25  Q.   Have you ever been engaged in prior lawsuits before?

```
 1   A.   No.

 2   Q.   All right.  So we are just going to jump into the facts

 3        of this case.

 4             So you are familiar with the Plaintiff's

 5        corporation, I'm going to say it once for the record,

 6        MIXRTVAGD PL SP?

 7             Is there a proper pronunciation of that?

 8   A.   Do you mean this company I order candy from?

 9   Q.   The Plaintiff's company.

10   A.   Be honest, not really, I don't.  I worked through one of

11        my customers who used to --

12             MR. YATOMA:  Wait for the question, please,

13        before you give an answer.  He just asked if you heard

14        or know this company.

15   A.   Go ahead.  I thought he finish.

16   Q.   You've heard of it before?  Yes?  You've dealt with

17        them?

18   A.   I did, yeah.

19   Q.   Had you previously dealt with them before --

20   A.   No.

21   Q.   -- before this interaction?

22   A.   No.

23   Q.   Okay.  How did you first get in contact with them?

24   A.   Through one of my customers, he went back to Poland and

25        her son, he used to work for me and he told me about the
```

```
 1          candy and I told him, you know, I'll try it, you know,

 2          and then he talk to his dad, and his dad, he don't speak

 3          that much English, and we were talking with him on

 4          WhatsApp, not on text messages, it's WhatsApp, it was

 5          face to face, me and his son with his dad.  And then he

 6          said, yeah, I can get it, this and that, and then he

 7          made after a month, month and a half and then he said, I

 8          can get you some candy.  That's what happened.

 9     Q.   What was the customer's name that referred you?

10     A.   His name was Mark, the one in Poland, his dad.  His name

11          was Mark.  His son, his name is Chris.

12     Q.   Do you have a last name?

13     A.   No.

14     Q.   And you said this was a customer.  This is a prior

15          customer of the Shallal International or of the --

16     A.   Mark.  I talked to Mark about the candy.

17     Q.   You said it was a customer.  A customer of whom?

18     A.   No, customer at the store.

19     Q.   At the store?

20     A.   Yes, at the store.

21               MR. YATOMA:  This is Park and Save Market.

22               THE WITNESS:  Yes, Park and Save Market.

23     Q.   Thank you.  How did you go about speaking with the

24          corporation or the representative of the corporation?

25     A.   I didn't talk to nobody of those, I talked to Mark.
```

 1   Q.   So he was the intermediary?

 2   A.   Yes, he was the main -- I have no idea who the other

 3        people are.  Only I talk to him.  And then we -- and

 4        then when we talk and then he said I can get it.  I told

 5        him I can try it, you know, if you send me.  He said

 6        okay.

 7             I told him to send me, you know, like few

 8        boxes, which was 800 and something unit, 833 units,

 9        which unit I'm talking about -- let me explain it for

10        you too.  A unit is this.  This is the unit.

11   Q.   Right.

12   A.   833 units, just to take a try.  And then he said okay, I

13        can get it.

14             I guess the company in Poland he talked to,

15        which he knows somebody at the company or something.

16        What they did -- I said, don't do anything until I'm

17        going to get -- what you call it?  Everything is okay.

18        So that -- to ship it.  What they did, they say, yeah,

19        we got it, we going to ship it.  I said 800, which I

20        don't know how many cases they were, then I told him how

21        many cases, which is what they did, they send me 3200

22        cases, which is cases I'm talking about, six of each.

23   Q.   We'll get there but --

24   A.   Okay.

25   Q.   Okay.  So to clarify, what you're saying is, that you

1     asked for 833 --

2  A.  Units.

3  Q.  And that's the only --

4  A.  That's the only thing.

5  Q.  That's the only conversation you had with them?

6  A.  And then we'll get to other one.  Go ahead, you can ask

7       something else.

8  Q.  So all of these conversations was on --

9  A.  WhatsApp.

10  Q.  WhatsApp via text or via messaging or --

11  A.  No.  We were talking face to face.

12           MR. YATOMA:  Wait for the question and let him

13       finish and then you answer because she is typing

14       everything up over here, please, you don't want to

15       confuse her.  Go ahead and let him finish and then you

16       can answer the question.

17  Q.  All right.  I will give you an Exhibit.  We'll have this

18       as Exhibit 1.  Can you take a look at that.

19  A.  Okay.

20     DEPOSITION EXHIBIT NO. 1

21     WAS MARKED FOR IDENTIFICATION.

22  Q.  All right.  Do you recognize this as an e-mail?

23           MR. YATOMA:  He asked you, is this an e-mail?

24       Is it an e-mail?

25  A.  This is -- to be honest with you, I have no idea.  I

```
 1          guess e-mail.

 2    Q.    And it is to the address of zeek502@yahoo.com.

 3    A.    Yes.

 4    Q.    Is that your e-mail address?

 5    A.    Yes.

 6    Q.    Do you recognize or remember this e-mail from --

 7    A.    No.

 8    Q.    -- it looks like March 31, 2023?

 9    A.    No.

10    Q.    Okay.  Is this around the time that you were interested

11          in purchasing the chocolates in question?

12    A.    This -- the product was sent already, and then when they

13          e-mailed me this right here but we was talking on

14          WhatsApp and I have no idea who this person is.  I have

15          no idea.

16                    After they got it and they ship it to Germany,

17          they ship it to Germany and then he start e-mailing me.

18          And then I talked to his son.  I told him -- I told him

19          they shouldn't send it till everything was going to be

20          okay.  I want to see how much it cost and this and that

21          and then he told me the cost was going to be $3 and some

22          change.  232 something.  I forgot.

23                    MR. YATOMA:  We'll eventually get there.  Just

24          answer the question, please.  Answer the question he's

25          asking.
```

```
1    A.   Yes, this was after, after they send it, after they ship
2         it.
3    Q.   So when did you first request the chocolates to be sent?
4    A.   I requested it to be sent was before holiday.  We were
5         talking, it was before holiday.
6    Q.   Which holiday?
7    A.   Holiday, Christmas and New Year.  This was -- I was
8         requested.  And then it took them a while until they got
9         to me and the guy told me, I can get it.  Then when I
10        told them I'll try some, you know, few cases.  What they
11        did to my -- what you call it?  What it is, they have --
12        they have -- they couldn't sell it.  What they did, they
13        got it all together and ship it all at one time.
14                 I was supposed to get candy dated year and a
15        half.
16                 MR. YATOMA:  Again, answer the question,
17        please.
18   A.   Go ahead.
19                 MR. YATOMA:  Just answer the question he's
20        asking.  Don't explain.  Just answer the question
21        directly.
22   A.   Okay.
23   Q.   So you are saying that you had initially requested it
24        before the holidays and by that you mean Christmas of
25        2022?
```

```
 1   A.   It was going to be 2023, going to '23, you know what I
 2        mean?  It was going '23.  We were in 2022, we were going
 3        to 2023, Christmas 2023 and New Year, 2023.
 4   Q.   Okay.  So it would have been -- the new year would have
 5        been January 1 of --
 6   A.   2023.
 7   Q.   -- 2023.  Okay.  Perfect.  But you acknowledge this
 8        e-mail was sent to your e-mail address, correct?
 9   A.   Yes.
10   Q.   And it states -- let's see.  It looks like it does
11        mention that it's in reference to 30,240 units of
12        chocolate?
13   A.   No.  That is how many units they send me, how many
14        cases.
15   Q.   This e-mail -- I'm sorry.  I'll let you finish.  Go on.
16   A.   What it is, they send me this -- they send me this
17        e-mail after they shipped the shipment.  They shipped it
18        and then they send me e-mail, we send you this many.
19        And then I start talking to them, which is to his son,
20        Chris and Mark.  Why did you send me this many candy.  I
21        cannot move this many candy.
22   Q.   When did you receive the shipment?
23   A.   I received it May 11.
24   Q.   Do you acknowledge that this e-mail states that they're
25        shipping 30,240 boxes?
```

1   A.   What do you mean?

2   Q.   This e-mail --

3   A.   Okay.

4   Q.   -- do you acknowledge that it says they are shipping

5        30,240 of these boxes?

6   A.   And then I found out they ship me this many.  It was too

7        much, you know, it was too much.

8   Q.   This e-mail states that's how many they're shipping,

9        correct?

10  A.   This is -- I told you.  They e-mail me this after they

11       ship it.  I told them to stop the shipment on WhatsApp

12       and he said already the shipment went to Germany, from

13       Germany -- it is port in Germany, they going to ship to

14       York, which is -- okay, then we'll get to something

15       else.  We have some other stuff.

16  Q.   You're saying that you told them to stop the shipment

17       when it was in Germany?

18  A.   Yes, when it was in Germany.

19  Q.   Do you have records of you requesting that?

20  A.   No, I don't.  We had it -- we were talking.  Everything

21       that -- what you call it?  It was talking on WhatsApp

22       and then we start texting on WhatsApp.  I never e-mailed

23       him anything, not even one paper.

24  Q.   So you --

25  A.   He doesn't have proof.

1   Q.   So you did not respond to this e-mail?

2   A.   Nothing.

3   Q.   Do you acknowledge that the e-mail is saying that the

4        cost is 329,616 PLN, which I assume is Polish currency?

5   A.   I had no idea how much it was going to be.  After I

6        received the paper and then I found out they charge me

7        extra and about -- you know, a lot of other stuff.

8        We'll get back to it too.

9   Q.   I will show you what we will have marked as Exhibit 2.

10       DEPOSITION EXHIBIT NO. 2

11       WAS MARKED FOR IDENTIFICATION.

12  Q.   Take a look at that Exhibit 2.  Is this a WhatsApp

13       conversation that you recognize?

14  A.   Okay.

15  Q.   Do you recognize this?

16  A.   I do.

17  Q.   And this is your WhatsApp conversation about the

18       chocolate?

19  A.   This was somebody else, was not Mark.  It was a

20       different person.

21  Q.   Do you know who that was?

22  A.   I have no idea.

23  Q.   It was between you and this representative of Plaintiff

24       company?

25  A.   This, yes.

1    Q.    Yes.  What is your WhatsApp?  Is it a user name?

2    A.    What do you mean?  Under Zeek?

3    Q.    Under Zeek.  I don't candidly know how that works.  Do

4          you have a separate user name or phone number attached

5          to it?

6    A.    My phone number.

7    Q.    Can you --

8    A.    ████████████████

9    Q.    Thank you.  It looks like -- do you recognize this

10         conversation appears to have happened on April 4, 2023?

11   A.    Yes, it was like April something.

12   Q.    It says on here that the expiration date for the

13         chocolates is October 23, 2023?

14   A.    Yes.  This was after shipment and I was receiving it and

15         then I -- and then I found out it was 2023 -- 2023,

16         which is -- when I talked to Mark he told me the candy

17         was going to be year and a half.  I said okay.  And then

18         when I talk to this guy when the shipment -- the

19         shipment was, you know, coming, was almost coming to

20         United States and then he told me October 23, 2023 and

21         then we have a different -- what you call it?

22               And then I talk to him face to face when I

23         told him about the candy 2023, supposed to be 2024.  I

24         told him, how can I push this many cases in four months

25         and a half left of the candy 32,000 cases.  There's

```
 1          nobody can push 32,000 cases in four month and a half.

 2          And I told him -- and then he told me, sell whatever you

 3          can and I gonna give you a discount.  And he said all

 4          the commission that I have I'm going to minus it up and

 5          then I'm going to --

 6                    THE WITNESS:  And then should I say about the

 7          port cost and this and that?

 8                    MR. YATOMA:  Listen to the question.

 9     Q.   So were all of those conversations spoken and not --

10          there's no message?

11     A.   Most important thing we were talking, we were talking,

12          me, Mark and then the other guy.  I have no idea who it

13          was but, you know, I know his face.  I was talking to

14          both of them and me, like face to face on WhatsApp.

15                    MR. YATOMA:  I'm sorry, just to clarify.  When

16          you say face to face --

17                    THE WITNESS:  On WhatsApp, on the phone.

18                    MR. YATOMA:  Videoconference.

19                    THE WITNESS:  Video -- yeah, video chat.

20                    MR. YATOMA:  Got you.

21                    THE WITNESS:  Yeah, we was talking video chat.

22     BY MR. YATOMA:

23     Q.   All right.  You don't have any written records of that

24          conversation via text message or e-mail or anything like

25          that?
```

```
 1   A.   No.

 2   Q.   Do you agree that it states here that the amount in

 3        payment is, they say $81,000?

 4   A.   81,000.

 5   Q.   And that's the amount you had agreed to?

 6   A.   No.  That was after, after he send it and then after he

 7        send me e-mail saying it was 81,000.  I say why 81,000?

 8        It's too much.  And then he say we send you this many

 9        candy.  That is what it was.

10   Q.   Did you make attempts with your bank to pay that

11        $81,000?

12   A.   What it is.  What it is.  I told him, I'll pay it but

13        not full amount.  Whatever I can sell I will send it to

14        you.  If I sell candy for $81,000 or more I will send it

15        to you.  I will go to my bank and I'll send it to you.

16        If I don't sell I'm not going to send you whatever you

17        ask because that was your mistake that you send me

18        32,000 cases.  I should have received 833 units, not

19        32,000 cases, and I told him the date that is on the

20        candy is the wrong date.

21             When I talk to Mark he told me it is 2024 and

22        you send me 2023.  This is closed out item.  I took it

23        to a few places in Dearborn.  I went to even flee market

24        on Eighteen Mile and they said we cannot take it, it is

25        closed out item.  And then I told them I cannot sell it.
```

```
 1          I cannot sell it, it's a closed out item.  That's why
 2          you send to me, because it's closed out item.  And even
 3          if there a warehouse, somewhere in Southfield, I can get
 4          information and he took all my candy.  He took it, I
 5          sell thank God, he will take it -- he will take all the
 6          candy and then I told him I sold the and I'm going to
 7          ship you the money and then when it went to the
 8          warehouse they came and picked it up in a big truck,
 9          semi truck and then I went to get a check and then he
10          thought -- he thought I was going to sell whole case for
11          $3.  I said, no, the unit for $3.  He said I cannot push
12          it because of the date.  I can't sell it, it's closed
13          out item.  They have to return everything to the store,
14          to the place that I rent.  And then I told him I cannot
15          make a payment because they didn't take the candy
16          because it's closed out item.  That is what happened.
17   Q.     How many units did you sell?
18   A.     I think around, around maybe -- I don't know.  There's
19          like -- what it is, I sold but I sold it low.  I sold it
20          $6 a case.
21   Q.     We will get to that.
22   A.     I'm not really sure how many.  I sold 1,000 and then I
23          sold 400, 300 mixed, but I had to throw more than a full
24          room I had to throw in the garbage and I still have a
25          lot.
```

1    Q.   So did you track the amount of units that you sold?

2              THE WITNESS:  I think we have it written down,

3         right?

4              MR. YATOMA:  If you don't know the answer,

5         that's fine, say that.

6    A.   I don't know exactly.

7    Q.   You don't know exactly?

8    A.   But I know like the amount was around 22,000 or 21,000

9         or something like that or 23,000 of everything.

10   Q.   Of revenue from the sales?

11   A.   Yes, from the sales.

12   Q.   Did you sell them at a standard set price or was it

13        different --

14   A.   Different price.

15   Q.   Do you have an accounting somewhere of who you sold it

16        to or --

17   A.   No.

18   Q.   -- for how much you sold it?

19   A.   I have -- not with me.  But I know the person that he

20        bought it, which is -- there were a couple people that

21        bought it.

22   Q.   Who bought it?

23   A.   There's a warehouse in Dearborn called Mustafa but to be

24        honest with you, I have no idea who this guy is because

25        I went through my salesman.  My salesman, he sold it to

```
 1         him.

 2   Q.    He sold --

 3   A.    Around couple thousand units.

 4   Q.    Okay.  Do you know what the price was for each of those

 5         units?

 6   A.    Was $6 a case because it came to close date and I

 7         couldn't push it.  And then I sold 300 cases to

 8         somebody, it was $8 a case, you know.

 9   Q.    Okay.

10   A.    And then I sold couple hundred here and hundred here,

11         you know --

12   Q.    Sure.

13   A.    -- just to push whatever I could push to make money

14         before I was going to throw everything in the garbage

15         because of the date, you know.

16   Q.    There's no spread sheet somewhere of a full

17         accounting --

18   A.    No.

19   Q.    -- of this person bought X for this amount of money?

20   A.    No.

21   Q.    Where did you pick up the chocolates from when it

22         shipped?

23   A.    Okay.  Now we going to come to this.

24               MR. YATOMA:  Just answer the question.  Where

25         did you pick it up from?
```

```
 1    A.    It came to place on Mound.

 2                MR. YATOMA:  No, when it first arrived here to

 3          the U.S.

 4    A.    To the U.S. it came to my brother's store.

 5                MR. YATOMA:  No.  Listen to the question.

 6          When it first came to the U.S.

 7    A.    Yeah, it went to York.

 8    Q.    New York?

 9    A.    York or whatever it is.

10                MR. YATOMA:  Did you understand the question

11          or do you want him to translate?

12    A.    I got it.

13                INTERPRETER:  There is a York City in New

14          York.

15    A.    Yes, York.

16    Q.    That's where it was shipped to?

17    A.    Yes.

18    Q.    How did you pick it up from there?

19    A.    I have to hire somebody to bring it, which is, I was not

20          supposed to hire somebody.  My deal with this person was

21          door-to-door, was door-to-door.  I shouldn't spend

22          almost $15,000 on a shipment to come to my door.  My

23          deal -- when I talk to him it was door-to-door and

24          supposed to be -- I don't know if you have it in there

25          but we did talk it was door-to-door.
```

```
 1              When it came to port it was -- when it came to

 2        port it was May something, which is -- I had a call,

 3        they say your shipment came and you have to pay us 8700

 4        something.  It should be in paper.  Plus I have to pay

 5        $1,300 was taxes, plus I have to pay another $800 for

 6        the container and they told me if you don't pick it up

 7        we going to charge you $1,000 a day, which is if you

 8        don't pick it up and we gonna give you three days.

 9              I have to hire somebody.  I paid them $6,500

10        to bring it from York to my door.  And when I told them

11        why you didn't send it -- my deal was door-to-door.  And

12        then he said I'm going to give you a discount.  I said

13        what discount?  I spent almost $15,000 for nothing.

14              And the candy was 232.  My deal with him was

15        232.  On the paper saying 387 and I told him, why you

16        charging me 387 if my deal was 232.  That's what

17        happened, and then all this problem happened.  You know,

18        they charge me -- I paid $15,000 out of my pocket.  I

19        spent $15,000 out of my pocket.  Plus if you come to the

20        candy 232 was my deal with them, they said unit 232.  If

21        you go through the thing you will see they charged me

22        387.

23   Q.   Did you ever message them saying the price was wrong?

24   A.   I'm not exactly but I did talk to them and they say we

25        going to give you discount.  And we gonna give you this
```

1       and we gonna give you this and I said okay, we see, we

2       see what's going to happen.  And I guess they couldn't

3       do nothing.  They said the price is got to stay, we just

4       going to give you 2500 or something and my commission

5       I'm going to give you this much.  We were talking on

6       WhatsApp, the video chat.  I said it's not enough.

7    Q. Who is this you're speaking to again?

8    A. Mark.

9    Q. Mark?

10   A. Mark and other person.

11   Q. The representative of the Plaintiff?

12   A. Yes.

13   Q. Your understanding is Mark is not a part of Plaintiff's

14      company or he is?

15   A. I have no idea.

16   Q. And the person who is making the promises of, you know,

17      working with you, in terms of price was --

18   A. Was not Mark, it was other guy.

19   Q. Representative of the company?

20   A. Yes.  Yes.

21   Q. Who you don't remember his name?

22   A. No.

23   Q. What happened after you picked it up from New York?

24   A. What happened?

25   Q. Yes, what did you do with it?

```
 1   A.   It came to the store.  We put it inside the store.  I
 2        have to hire like four or five guys, which is what you
 3        call it, they help me unload it, this and that.
 4   Q.   I'm sorry to interrupt.  Which store are you referring
 5        to?
 6   A.   It was on Mound.  I don't have the address.  It is
 7        somebody's store I dropped it because the store was like
 8        closed and then I put all the items in there, you know,
 9        when the shipment came.  We took it down to the store,
10        like inside the back, like it's a small like a
11        warehouse.
12   Q.   Whose store is this?
13   A.   His name is Wally.
14   Q.   Wally.  Okay.  How do you know Wally?
15   A.   I know him.
16   Q.   How do you know him?
17   A.   Family member.
18   Q.   Okay.  What's his relation?
19   A.   He's my brother.
20   Q.   And it's his store?
21   A.   His store.
22   Q.   And you were storing the chocolates there?
23   A.   Yes.
24   Q.   Were you renting it out in any capacity?
25   A.   I did.  I give him $1,000 just to keep it, you know,
```

```
 1        just to pay whatever because I have to turn air

 2        conditioner on for the candy not to melt.

 3   Q.   What type of store is this?

 4   A.   It was -- it was a beer, wine store.  And then he turned

 5        it into restaurant, but before he opened I put all the

 6        candy inside.  It was not open, it was just closed,

 7        closed in the building.

 8   Q.   I'm sorry, did you say what the name of the store was?

 9   A.   Which is -- before it was called Pay -- Paycheck, which

10        is before, Paycheck liquor store but was not a liquor

11        store was beer and wine store because the guy before he

12        bought it he sold the liquor license.

13   Q.   You said that was on Mound Road?

14   A.   Mound Road.

15   Q.   What city?

16   A.   Warren.  Now it's like a restaurant but it's still

17        closed.

18   Q.   Okay.  Just circling back to when it was in York.  Did

19        you send back any of the candy or chocolate when you

20        picked it up?

21   A.   Send it back to who, to the company?

22   Q.   The shipper.

23   A.   I couldn't.  I couldn't.  I couldn't because I had to

24        pay -- I had to pay another $6,000 to ship it back.  Why

25        should I lose money out of my pocket.
```

```
 1   Q.   Okay.  When you purchased it did you already have buyers

 2        lined up?

 3   A.   No.

 4   Q.   No.  So how did you go about finding the potential

 5        buyers?

 6   A.   What it is, our salesmen, they take item from me and go

 7        from store to store or supermarket to supermarket and

 8        sell the item.  If they like it they buy it.  If they

 9        don't like it they don't buy it.  That's how it is.

10   Q.   And the salesmen, I assume they get a cut of whatever

11        the sale is?

12   A.   Yes.

13   Q.   What is their percentage?

14   A.   What it is, example, I give them this for $2 and he sell

15        it for 225 or 250 but a lot of the time he couldn't sell

16        it --

17   Q.   Okay.

18   A.   -- because of the date.

19   Q.   Do you have a contract with them?

20   A.   No contract.  I don't have a contract.

21   Q.   So it's just kind of a handshake deal type of thing?

22   A.   That's it.

23   Q.   Do you have the name of the salesmen?

24   A.   I mean, I can get it exactly because they don't call by

25        their name, they call by something else, you know.
```

1  Q.  Okay.

2  A.  But I can get it.

3  Q.  Yes, if you could provide those when you get a chance,

4      that would be appreciated.

5          MR. YATOMA:  I'm sorry, when you say that

6      don't have a name, you mean they have a nickname.

7          THE WITNESS:  Nickname.

8  Q.  How much did you plan to sell them for?

9  A.  Okay.  I was trying to -- the candy was going to cost me

10     232.  I was going to sell it for 350, for 350 but I

11     guess because of the date we couldn't sell it not even

12     for $1.50.

13         MR. YATOMA:  To verify, that's $2.50 per --

14         THE WITNESS:  Per unit.

15         MR. YATOMA:  When you say unit, are you

16     referring to a box that is --

17         THE WITNESS:  15 packs in it.

18         MR. YATOMA:  150 grams.

19 Q.  150 grams.  Each box seems to be 150 grams.

20 A.  I think 15 pieces in it.  No, 14.

21         MR. YATOMA:  14 pieces in it.

22         MR. CHUEY:  I see the number 14.  I won't open

23     it, I promise.

24 BY MR. CHUEY:

25 Q.  Did you ever store it at the Mound store, the chocolates

```
 1          at Mound Palace?

 2   A.     Yes.

 3   Q.     When was that?

 4   A.     That's when it came, May 11.

 5   Q.     May 11.  So how long did you store it there before it

 6          went to Wally's store?

 7   A.     Couple of months.

 8   Q.     Okay.

 9   A.     And then I move -- I move a lot of them to Park and Save

10          Market.  I moved a lot.

11   Q.     There was still some housed --

12   A.     Yes.

13   Q.     -- at Mound Palace?

14   A.     Yes.

15   Q.     And did you also pay Mound Palace for storage?

16   A.     Mound Palace I didn't go there.  Supposed to go to Mound

17          Palace but it didn't go to Mound Palace.

18   Q.     Right.  So you said that you had paid Wally --

19   A.     Yes.

20   Q.     -- an amount to store --

21   A.     This was on Mound.

22   Q.     Yes.

23   A.     Mound Palace -- the shipment was supposed to go to Mound

24          Palace.  Mound Palace, I couldn't receive it there.  I

25          change the address with them, to the store on Mound.
```

1    Q.   Okay.

2    A.   They are both location on Mound.

3    Q.   Yes.

4    A.   But it didn't go to Mound Palace.

5    Q.   What is your affiliation with Mound Palace?

6    A.   Mound Palace is a banquet hall.

7    Q.   How do you --

8    A.   My brother own it.

9    Q.   This is a separate brother from Wally?

10   A.   Yes.

11   Q.   What is this brother's name?

12   A.   Larry.

13   Q.   Larry.  And did you pay Larry --

14   A.   No.  No.

15   Q.   -- to store it?

16   A.   No, because I didn't take it there.

17   Q.   I thought you said that you initially took it Mound

18        Palace?

19   A.   No, I took it to store on Mound, to Park and Save.

20             MR. YATOMA:  If you didn't understand the

21        question, please ask for clarification or Mr. Bahir can

22        interpret for you.

23             So the question was:  Did you store the candy

24        at Mound Palace?

25             THE WITNESS:  No.

1          MR. YATOMA:  You never stored it there?

2          THE WITNESS:  No.

3    BY MR. CHUEY:

4    Q.   So they were never at Mound Palace?

5    A.   Never at Mound Palace.

6    Q.   So they went from New York to your brother, Wally?

7    A.   Yes, on Warren.

8    Q.   Okay.

9    A.   The store is on Mound too, it's the same as Mound?

10   Q.   Is there still chocolates at the store on Mound?

11   A.   No.

12   Q.   Where are the remaining chocolates being held?

13   A.   I still have a lot at store, Park and Save Market.

14   Q.   So you kept some at that store too?

15   A.   Yes.

16   Q.   Who is the owner of that store, Park and Save?

17   A.   It's Shallal Shallal.

18   Q.   And what is your --

19   A.   My brother.

20   Q.   He's also your brother.  Okay.

21          Are you paying any money to store the

22   chocolates there?

23   A.   No, I didn't but I give them -- I give them some candy

24   to sell better than give them money.  I say you push

25   whatever you can.  I give them 50 boxes.

```
 1   Q.   So they are being sold at the store?

 2   A.   Yes.

 3   Q.   Are they still being sold at the store?

 4   A.   We still have a lot.  They still have a lot.

 5   Q.   Are they still trying to sell them?

 6   A.   No, we took all the way in the back room.

 7   Q.   Were there ever -- was there a contract between you and

 8        either Shallal --

 9   A.   No.

10   Q.   -- or Wally?

11   A.   No.

12   Q.   Do you know roughly how many boxes or units you have

13        left?

14   A.   Maybe around 800 cases.  But I throw most of them away

15        because they need the room.  They say do something with

16        it.  I didn't want them to have a problem with the

17        health department, you know, to see candy expired at the

18        store, so we have to throw all in the dumpster.

19   Q.   Do you know how many you threw away?

20   A.   Not really but it was a roomful like this.  We have to

21        do it separate every week we were throwing like 3, 400

22        cases.

23   Q.   Would you say you threw half of them away?

24   A.   More than half.

25   Q.   More than half?
```

```
 1   A.   More than half.

 2   Q.   So what do you intend to do with the ones you are still

 3        holding onto?

 4   A.   I was waiting to show you guys some, if you guys want to

 5        try too.

 6   Q.   I don't know if I need 300 boxes of chocolate.

 7             MR. YATOMA:  Expired chocolate.

 8   A.   I can send it to your office, you know.

 9             MR. CHUEY:  Those are all the questions I

10        have.  Thank you.

11             MR. YATOMA:  All right.  I'm going to clarify

12        a few things.

13   EXAMINATION BY MR. YATOMA:

14   Q.   Okay.  Pavlo, so back to --

15   A.   You know --

16   Q.   Wait for the question, please.

17   A.   I was trying to tell him something too.

18   Q.   Wait for a question.  So you first communicated with

19        Mark in December of 2022?

20   A.   Yes.

21   Q.   You made a deal with Mark?

22   A.   With Mark.

23   Q.   And his son?

24   A.   And his son.

25   Q.   To link you up with an individual in Poland to ship
```

1          you --

2     A.   Candy.

3     Q.   -- these candies, correct?

4     A.   Yes.

5     Q.   And after you spoke to him, the son, after you spoke

6          to --

7     A.   And Chris.

8     Q.   -- Chris and Mark, they put you in a group chat or in a

9          Facetime or WhatsApp?

10    A.   Facetime.

11    Q.   Facetime?

12    A.   Facetime with his dad.

13    Q.   Through WhatsApp.

14    A.   Yes.

15    Q.   And after you communicated with Mark you made a deal

16         with Mark and the individual in Poland, correct?

17    A.   Yes.

18    Q.   All right.  So just to clarify, Mark was acting as a

19         middle man, correct?

20    A.   Yes.

21    Q.   Is Mark his real name or nickname?

22    A.   Nickname.  I don't know his Polish name.  I have no idea

23         what that is.  They used to call him Mark here.

24    Q.   How about Chris?

25    A.   Chris, that's his nickname.

```
 1   Q.   Nickname as well?

 2   A.   Yeah.  I don't know it in Polish.  I don't know how to

 3        say it.

 4   Q.   Do you know the whereabouts of where Chris is?  Is he

 5        still your customer?

 6   A.   Yes, he comes to the store.

 7   Q.   Till this day he comes to the store?

 8   A.   To this day, yes.

 9   Q.   Does he live near the store?

10   A.   He live in Hamtramck.

11   Q.   How about Mark?

12   A.   Mark, he lives in Poland.

13   Q.   But was Mark was in Michigan then?

14   A.   He was in Michigan.

15   Q.   When did he go to Poland, do you know?

16   A.   He went to Poland -- I have no idea but he had no

17        papers, they were going to deport him and then he left,

18        he left the country because he was going to get

19        deported.

20   Q.   Is this information that you received from Mark or his

21        son?

22   A.   His son.

23   Q.   So his son told you that Mark was illegally in the state

24        of Michigan?

25   A.   Yes, even still right now.
```

```
 1   Q.   Interesting.

 2   A.   He don't have no paper or nothing.

 3   Q.   So Mark had to go back to Poland because he was being

 4        deported?  Is that what you were told?

 5   A.   Yes.

 6   Q.   So you're telling me that Mark is not able to come to

 7        America?

 8   A.   No.

 9   Q.   And this is information you received from his son,

10        Chris, correct?

11   A.   Yeah, and him on WhatsApp.  He said, I cannot come to

12        America no more.  Him and his girlfriend, they left.

13   Q.   Fair enough.  So you communicated with Chris, Mark and

14        the individual -- strike that.

15             You communicated with Mark and an individual

16        from Poland sometime between December of 2022 and March

17        of 2023, correct --

18   A.   Yes.

19   Q.   -- to work out a deal?

20   A.   Yes.

21   Q.   And during your communication, majority of that was

22        verbal or through videoconference, correct?

23   A.   Yes.

24   Q.   And during that time you had an agreement for him to

25        ship you 833 units?
```

```
 1   A.   Yes.

 2   Q.   Meaning, a box that weighs 150 grams, correct?

 3   A.   Yes.

 4   Q.   And during your discussion, how much was he supposed to

 5        sell you each unit?

 6   A.   $2.32 a unit.

 7   Q.   $2.32 a unit?

 8   A.   Yes.

 9   Q.   And each box contains with how many units?

10   A.   Six.

11   Q.   And did you agree with the individual or the agent for

12        Plaintiff that 833 units would be shipped door-to-door,

13        meaning from Poland to Sterling Heights, Michigan,

14        correct?

15   A.   Yes.  Yes, sir.

16   Q.   This was all done via WhatsApp, videoconference,

17        correct?

18   A.   Yes.

19   Q.   And to your knowledge when were the units shipped?

20   A.   It was May 11.  From Poland?

21   Q.   Yes, from Poland.  Was it in February of 2023 or March

22        2023?

23   A.   It took -- it took maybe month and a half to two months,

24        I guess, to come.  A month, yeah.  Around a month, month

25        and a half.
```

```
 1   Q.   So approximately a month and a half to two months when

 2        they were actually delivered to Sterling Heights or to

 3        York?

 4   A.   To York.

 5   Q.   Now is this New York or --

 6   A.   York.  Called York.

 7   Q.   Is that a city in New York?

 8   A.   In New York, I guess, yeah.  It is port in York, before

 9        you go to York.

10   Q.   That was not your deal, correct?  Your deal was to have

11        it shipped directly to Sterling Heights?

12   A.   Yes, door-to-door.

13   Q.   After the shipment was shipped --

14   A.   He send me e-mail.

15   Q.   -- he sent you an e-mail dated March 31, 2023 at

16        6:08 a.m., which has been labeled as Exhibit No. 1.  And

17        he indicated that he shipped to you what we believe to

18        be 30,240 units, correct?

19   A.   Yes.

20   Q.   That was not your agreement, correct?

21   A.   No, it was not.

22   Q.   Your agreement was for only 833 units, correct?

23   A.   Yes.

24   Q.   How much did he later charge you -- or how much were

25        they later seeking per unit?
```

1  A.  3.77, I believe it was.

2  Q.  3.87 or 3.77?

3  A.  I'm not sure.  3.77 or 3.87.

4  Q.  But your verbal agreement via the video through WhatsApp

5      was $2.32 per unit, correct?

6  A.  Yes, around $13 a case.

7  Q.  All right.  And then prior to that when you were

8      communicating with Mark and agent for Plaintiff, when

9      did they say that units would expire?

10 A.  When I was talking on WhatsApp, on video chat, Mark told

11     me it is going to be year and a half date, going to be

12     2024.  When he send me this he was saying 2023 and then

13     I talk to him and I say -- I got pissed.  I was like how

14     we going to do 2023.  How am I going to sell candy, you

15     know, if it is four months and a half left, you know,

16     supposed to be 2024, October of 2024.

17 Q.  So during your communication with these two individuals

18     you were told that they would expire in October of 2024,

19     correct?

20 A.  Yes.

21 Q.  When you received the candy on May 11 --

22 A.  May 11.

23 Q.  -- you noticed that it expired in October of 2023?

24 A.  Yeah, I found out, I looked at it and there were some

25     them was expired was October 2nd.  I had -- I had around

```
 1            maybe 700 cases October 2nd, was on the 2nd, but I push
 2            that first, I give it to guys.  It was October 2nd.
 3     Q.     So some of --
 4     A.     Two dates.
 5     Q.     Okay.  So after you received the candy did you know that
 6            you had the right to refuse the candy?  Did you know
 7            anything about what we call the UCC?
 8     A.     No.
 9     Q.     Do you know what that is?
10     A.     I don't know but my brother told me to ship it back.  I
11            said already came and they need another 6,000 something
12            to ship it back.  How am I going to pay all this?  I
13            already paid almost 15,000.  And he said talk to them
14            and tell them the candy is supposed to be this.  And
15            then we talked to him video chat.
16     Q.     Let me ask you this:  During your video chat with Mark
17            and this agent for Plaintiff how were you guys
18            communicating?  Did they both speak English?
19     A.     Other guy little bit, yes, he was speaking a little bit.
20     Q.     The other guy meaning the agent for Plaintiff --
21     A.     Yes.
22     Q.     -- that sent you the candy?
23     A.     Yes, he was speaking little bit English.
24     Q.     How about Mark?
25     A.     Mark, not really.  He wasn't speaking that much English.
```

1   Q.   So broken English?

2   A.   But he had his girlfriend, she was there too, she was

3        telling them, like what I'm saying and the guy he was

4        talking to me.  But few times we talk to, I talk to

5        Mark, his son was with me.

6   Q.   Does his son know English?

7   A.   Yes.

8   Q.   So Chris was translating for Mark?

9   A.   Yes.

10  Q.   All right.  And then --

11  A.   He was telling me.

12  Q.   Got you.  Mark's girlfriend, do you know her name?

13  A.   Not really, no.

14  Q.   Do you know what she looks like?

15  A.   If I see her, yes.

16  Q.   Did she used to you come to the store?

17  A.   She used to come.

18  Q.   You never knew her name?

19  A.   No.

20  Q.   Was Mark's girlfriend on video chat every time you guys

21       were communicating?

22  A.   No.

23  Q.   She was only there one time?

24  A.   No, like three or four times.  Most of the time was me,

25       his son and him.

```
 1   Q.   Got you.  When you say "him" are you talking about Mark
 2        or are you --
 3   A.   Yes, Mark.  Mark.
 4   Q.   So majority of the time it was just you, Chris and Mark
 5        without Plaintiff's agent?
 6   A.   Yes.
 7   Q.   And then you would relay the message to Mark and then
 8        Mark would relay the message to Plaintiff, correct?
 9   A.   Yes.  And then the other guy the, the owner or whatever,
10        he called me on the video chat too and we were talking
11        and then after all this problem, this and that, he was
12        telling me why not send the money, this and that, I was
13        telling him the situation, and then we had a problem and
14        then he started cussing me.  And then we started cussing
15        each other and then he threaten me.  It's in the paper,
16        a threat.  He said I'm going to kill you.  I'm going to
17        send somebody to kill you, even somebody -- when I
18        receive -- when I receive the video chat was saying from
19        Italy, somebody from Italy was kind of old man with a
20        big beard, he called me and I was at my parents house.
21        He said -- he was talking English and some other
22        language.  I swear.  And he said I'm going to kill you.
23        And then I hung up the phone and they keep calling me,
24        keep calling me and keep calling me and I was ignoring
25        it.  And then he sent me messages.  He said -- one of
```

```
 1          the papers that you have say "I'm going to kill you."  I
 2          don't know if you read it or not.  There is one.  I
 3          don't know what number it is, saying "I'm going to kill
 4          you."  I was threatened from the guy and somebody else.
 5     Q.   Okay.  Let me ask you this:  When did all this -- was
 6          this after they shipped the product and was requesting
 7          their money?
 8     A.   Yes.
 9     Q.   So you got a call, a video chat call through WhatsApp --
10     A.   Yes.
11     Q.   -- from another individual with a long beard --
12     A.   Yes.
13     Q.   -- speaking another language and English?
14     A.   Yes.
15     Q.   And he threatened to kill you?
16     A.   Yes.
17     Q.   Did he say that he was an agent for Plaintiff or hired
18          by Plaintiff or --
19     A.   He was told from the --
20     Q.   Agent?
21     A.   From the agent.
22     Q.   All right.  So he identified himself as another
23          individual --
24     A.   And then I blocked him.
25     Q.   -- hired by the Plaintiff to threaten to quote/unquote
```

```
 1        kill you?

 2   A.   Yes.

 3   Q.   All right.  And he called you and you hung up on him?

 4   A.   I hung up on him.

 5   Q.   And he tried to call you back?

 6   A.   Yeah, he tried to call me 100 times.

 7   Q.   Was it a number that he called you from or a user name

 8        or work number?

 9   A.   It was a number -- it was on top.  I see it is saying

10        Italy.

11   Q.   He was from Italy?

12   A.   Yes, and then he told me too, he said, "I'm going" --

13        "I'm going to kill you."  He told me and then --

14   Q.   We'll get there.  Give me a second.

15             So after that, when you were not paying these

16        individual his money, when they were demanding their

17        money and you were not paying him, he also threatened,

18        the agent for the Plaintiff also threatened to kill you?

19   A.   Yes.

20   Q.   All right.  And that was done through WhatsApp?

21   A.   WhatsApp.

22   Q.   Was that done via texting on WhatsApp or was it done

23        through videoconference?

24   A.   Video and texting too.  It is in the one paper, I see

25        it.
```

```
 1   Q.   All right.  So after you received the candy -- I mean,

 2        after you were told the candy was shipped to a port in

 3        York, you had to hire and spend extra money to try to

 4        have them deliver it to Sterling Heights, correct?

 5   A.   Yes, to Warren.

 6   Q.   Warren.  We'll say Michigan for now.  How much out of

 7        pocket did you spend to try to bring the candy from York

 8        to Michigan.

 9   A.   I don't know.  $15,000.

10   Q.   $15,000 out of your pocket?

11   A.   Out of my pocket.

12   Q.   The deal was from Poland to Michigan, door-to-door,

13        correct?

14   A.   Yes, door-to-door, without spending all this money.

15   Q.   Without extra fees for shipment?

16   A.   Yes.

17   Q.   So that was $2.32 per unit?

18   A.   Per unit.

19   Q.   Including shipment?

20   A.   Yes, including everything.

21   Q.   Including everything?

22   A.   Yes.

23   Q.   After you received, just to clarify, after you received

24        the candy in Michigan they were supposed to be delivered

25        -- you gave them a delivery address to Mound Palace on
```

```
 1        Mound Road, correct?
 2   A.   This was for the company in Poland and then when the
 3        shipment came they were going to ship it there and I was
 4        going to take it from -- leave it there and then take it
 5        to the store.
 6   Q.   Okay.  Hang on a second.  Do you agree with the agent in
 7        Poland that he would ship them to Mound Palace?
 8   A.   Yes.
 9   Q.   Correct.  But instead they got shipped to York, correct?
10   A.   Yes.
11   Q.   And so then you had to hire a, I don't know, another
12        company --
13   A.   Another company.
14   Q.   -- to go grab the units from York and then you had them
15        delivered to where?
16   A.   To Warren.
17   Q.   To Warren and that's --
18   A.   Now called -- the place called Wally -- Wally Nashville
19        Hot Chicken.
20   Q.   You had them --
21   A.   Wally's Hot Chicken.
22   Q.   -- deliver to the building owned by Wally --
23   A.   Yes.
24   Q.   -- that was closed down?
25   A.   Yes.
```

1   Q.   That was a former beer and wine store you told us?

2   A.   Yes.

3   Q.   So you kept the items stored there for a little while?

4   A.   Yes.

5   Q.   Then you were selling those items out of that location?

6   A.   Yes.  And when I took it to the store, I was trying to

7        push some from, you know, from there, Park and Save.

8   Q.   When you say "to the store," you took items to Park and

9        Save?

10  A.   Yes.

11  Q.   And then you also stored these boxes or these units both

12       at Park and Save, correct?

13  A.   Yes.

14  Q.   And that's in Hamtramck?

15  A.   Yes.

16  Q.   And that's the store that Mark and Chris --

17  A.   Yes.

18  Q.   -- used to come to?

19  A.   Yes.

20  Q.   You paid -- you paid Wally, what is now a restaurant,

21       you paid him for storage, correct?

22  A.   Correct.

23  Q.   You paid him to just run the electricity?

24  A.   Yes, all that.

25  Q.   And just to clarify, you said that you have not paid any

```
 1        monies to Park and Save for storage?

 2   A.   Yes.

 3   Q.   But instead they tried to sell these items in their

 4        inventory, correct?

 5   A.   Yes.

 6   Q.   Let's go back to your dealing with the agent and

 7        Plaintiff.  Did you ever have an agreement, written

 8        agreement?  Did they ever produce you with an agreement?

 9   A.   No.

10   Q.   So everything was done pretty much virtually through a

11        virtual handshake, would you say?

12   A.   Yes.

13   Q.   And to this day you believe that you sold approximately

14        20,000 to 22,000 worth of --

15   A.   Candy.

16   Q.   -- that Raffaello candy, correct?

17   A.   Yes.

18   Q.   And the remaining -- all the remaining boxes or units

19        are either stored or were they thrown away because it

20        expired?

21   A.   A lot of them thrown away, most of them, but I still

22        have a lot too.

23   Q.   When you say "a lot" can you guesstimate how many boxes

24        you have?

25   A.   Between, I don't know, 500 to 700.
```

1   Q.   Each box has six boxes in them?

2   A.   Yes.

3   Q.   So did you know how much you were supposed to pay for

4        833 units?  You indicated that you were going to pay

5        $2.32 for 833 units.  Do you know what that total came

6        up to?

7   A.   Not really.  I was just -- like I said to myself, which

8        is going to be around 13 times 15 times, whatever, we

9        know it was not going to be a lot.

10  Q.   So $2.32 times six units, correct?

11  A.   Yes.

12  Q.   And times 833?

13  A.   No, 833 divided by six.

14  Q.   So was your understanding that you were going to get

15       833 units --

16  A.   Units.

17  Q.   -- meaning 14 grams, and then each box has six in them?

18  A.   Six in them.

19  Q.   So 833 divided by six comes out to approximately 138.83,

20       so we'll say 139 boxes?

21  A.   Boxes, yeah.  Around 140 boxes.

22  Q.   And that's what you were expecting to receive, right?

23  A.   Yes.  And after that they ship it like regular, like

24       regular mail, like UPS or something, but I guess it was

25       on the ship.  They ship it without telling me everything

1           is okay, everything is done, this and that, we going to

2           ship it.  They just ship it without getting my green

3           light.

4    Q.     Correct.  So how much were you expecting pay them for

5           833 units?

6    A.     Whatever it was going to be $2.32 a unit, $13 a case.  I

7           don't even recall it.  I was not worried about it to pay

8           4000 or whatever it was going to be.

9    Q.     So you would have -- so you were expecting -- I mean,

10          according to our calculations --

11   A.     Couple thousand.  I don't know.  I don't remember.

12   Q.     Let me do the math here.  2.32 per unit times six in

13          each box, that equals $13.92 per box --

14   A.     Per box.

15   Q.     -- times, we said approximately 139 boxes, correct?

16   A.     Yes.

17   Q.     That total comes out to $1,934.88?

18   A.     Yes.

19   Q.     Were you expecting to pay a couple thousand dollars or

20          $3,000 for all the shipment?

21   A.     Yes, which is 2,000 -- something like that.  But I don't

22          remember, you know, exactly how much was the amount.

23   Q.     And then earlier you testified that you requested 833

24          units just to test them out to see if you were able to

25          sell them?

1  A.   Yes, sell them.

2  Q.   Before you ordered more, correct?

3  A.   Yes, to try them.

4  Q.   And to your surprise you received 30,000 -- well, what

5       Plaintiff is alleging 30,240 units?

6  A.   Yes.

7  Q.   Just to clarify, you sold all these units at different

8       prices, correct?

9  A.   Yes.

10 Q.   And you gave them to other individuals for less than

11      what you anticipated --

12 A.   Yes.

13 Q.   -- for them to be able to push it because they were

14      going to expire --

15 A.   Expire.

16 Q.   -- within four and a half months, correct?

17 A.   Yes.

18 Q.   And after the candy expired nobody accepted them,

19      correct?

20 A.   Yes.

21 Q.   And the ones you did try to sell to other wholesales or

22      other individuals, for example, I think you said Mustafa

23      that sent them back?

24 A.   Yes.

25 Q.   You tried to sell them to a warehouse in Dearborn -- is

```
 1          it a warehouse called Mustafa or is it an individual
 2          named Mustafa?
 3     A.   The owner is Mustafa but the business I think called
 4          Mustafa too.
 5     Q.   So after you sold it to him he was able to sell, from
 6          what you were told, to sell each case, which comes to
 7          six in each case, at $6 per case, correct?
 8     A.   Yes.
 9     Q.   And earlier you indicated -- I'm not sure I have it in
10          my note here.  You sold them to another warehouse, and
11          they gave them back to you?
12     A.   Yeah, he return them back.
13     Q.   Where was this located?
14     A.   Southfield.
15     Q.   Southfield.  Do you know the name of the place?
16     A.   No, but I know the person.
17     Q.   What's his name?
18     A.   I don't remember his name.  But I know, he's my -- he's
19          my best friend's first cousin, he have a warehouse in
20          Southfield.
21     Q.   And he took the majority of the candy from you to sell?
22     A.   He took everything from me in the beginning.
23     Q.   He took all the units from you?
24     A.   Yes.
25     Q.   And he was going to sell them to other stores?
```

```
 1   A.   Yes.

 2   Q.   All right.  And then after they received the shipment to

 3        Mustafa, they realized the candy was going to expire?

 4   A.   Mustafa was --

 5   Q.   Sorry.  Strike that.  After you sent them to the

 6        Southfield warehouse, they noticed that they were going

 7        to expire very quickly, correct?

 8   A.   Yes.

 9   Q.   And they said they will not be able to sell --

10   A.   Yes.

11   Q.   -- these and they sent them back to you?

12   A.   Yes.

13   Q.   And they returned them back to you?

14   A.   Yes.

15   Q.   And at that time you returned them back to either --

16   A.   To the store.

17   Q.   Park and Save?

18   A.   No.

19   Q.   Or to Wally's?

20   A.   Wally's.

21   Q.   To Wally's building.  Fair enough.

22             You never knew the name of the agent that you

23        were dealing with in Poland?

24   A.   No.

25   Q.   So the e-mail you received on March 31 labeled
```

```
 1          Exhibit 1, it's from an individual by the name of

 2          M-A-C-I-E-J, last name S-Z-N-A-J-D-E-R.  Do you know who

 3          that is?

 4    A.    No.

 5    Q.    Do you think that's the individual that you were talking

 6          to?  That's a bad question.

 7                 You don't know who this individual is,

 8          correct?

 9    A.    No.

10    Q.    Did the individual give you any nickname that he goes by

11          when talking to him?

12    A.    No.

13    Q.    Your communication was through Mark or through Chris or

14          through Mark's girlfriend, correct?

15    A.    Yes.

16    Q.    Did you even know the name of the company that you were

17          going to receive these items from?

18    A.    No.

19    Q.    During your communication with all these individuals

20          involved in here, did you guys ever discuss pricing in

21          Polish or was it in U.S. dollars?

22    A.    U.S. dollars.

23    Q.    All right.  Did you pay any individuals to try to sell

24          this candy for you?

25    A.    What do you mean?
```

1    Q.    Did you hire anybody -- did you hire like another

2          jobber?

3    A.    I did.

4    Q.    Not salesmen, did you hire somebody else?

5    A.    I did.  I did, but you know what, I give it to them

6          without even charging them.  I said just sell it, give

7          me money.  And they didn't do good.  It was a lot of

8          them, they returned it to me all damaged, all damaged

9          and I got a few bucks.  It was not even worth it.

10   Q.    So how many individuals do you think you hired or gave

11         this candy too?

12   A.    To a couple people.

13   Q.    So two people?

14   A.    Yeah, couple people.

15   Q.    And those people were not able to sell the candy,

16         correct?

17   A.    They couldn't.  Even one guy, he took some to Cleveland,

18         Ohio and believe it or not 300 cases and I never got the

19         money for it, because they say candy going to expire.

20   Q.    When you received the candy, you did tell Mark, Chris or

21         the agent for the Plaintiff, that they expire in October

22         of 2023, correct?

23   A.    Yes.

24   Q.    And what did they tell you after?

25   A.    He told me we gonna give you good deal.  We gonna give

```
 1          you a discount.  Whatever money we were going to make

 2          from you we gonna minus it up.  We gonna pay for the

 3          shipment and this and that and nothing, but I couldn't

 4          do nothing about it.

 5     Q.   So he promised to give you a discount on whatever you

 6          can sell?

 7     A.   Yes.

 8     Q.   All right.

 9     A.   He said sell whatever you can.

10     Q.   Sell whatever you can, and we're going to give you a

11          discount price?

12     A.   Yes.

13     Q.   All right.  And did you ever tell him that you were not

14          able to sell all these units?

15     A.   Yes, I did.

16     Q.   Did you end up paying any money to the Plaintiff?

17     A.   No.

18     Q.   You indicated that you spent almost $15,000 to bring the

19          unit from York to Michigan.  Do you know -- do you

20          remember who you paid?

21     A.   I paid port, the company in York.  The lady, she told

22          me, you cannot get your candy until you pay us in

23          advance.  I say, pay you what?  And then we -- she said,

24          well, you have to pay for it to come to United States.

25          I said, it's from door-to-door.  They said it doesn't
```

```
 1          say.  I have to send them 8700 -- 87 something.  It was

 2          on the paper 8,700 something, plus 1,300 was for from

 3          port to the warehouse I had to pay, plus I had to pay

 4          almost 5500 or 56, I'm not sure, to the warehouse, to

 5          the company that they ship it to me, plus it was $300

 6          for some VIN number.  They told me I have to VIN number

 7          and you have to call the state and pay something like

 8          this, you know, VIN number, to get a VIN number.

 9    Q.    Just to clarify, when you say VIN number, do you mean

10          like a EIN number?

11    A.    Something.  I don't know what it was.  Yes, it was $300

12          I had to pay.

13    Q.    Let's talk about that.  You created Shallal

14          International as LLC or incorporate?

15    A.    I think LLC.

16    Q.    So you created Shallal International, LLC for you to be

17          able to -- strike that.

18                Why did you create Shallal International, LLC?

19    A.    This was the company.

20    Q.    The company that you bought the candy under?

21    A.    Yes.

22    Q.    And you created an EIN number for it, correct?

23    A.    Yes.

24    Q.    And you provided the EIN number to the warehouse in New

25          York to be able to deliver the shipment to you?
```

```
 1  A.    Yes.

 2  Q.    Do you remember who you were communicating with at the

 3        port?

 4  A.    It is lady.  I still have her information.

 5  Q.    Does the name Joan Mengus ring a bell?

 6  A.    Yes, I think, Chinese lady, Asian.

 7  Q.    Don't making assumptions, Pavlo.

 8  A.    I think she was Chinese she told me.

 9  Q.    Does the name Rhenus, R-H-E-N-U-S, Logistics in New

10        Jersey ring a bell?

11  A.    I'm not sure.

12              MR. CHUEY:  I did not bring a copy of what I

13        send either you guys.  Do you have copies documentation

14        I produced in e-mail.

15              MR. YATOMA:  I don't believe I do.  I will

16        show you the document I produced to David, if you want

17        to go through them.  I will admit all 24 pages of the

18        documents produced in our request for production to

19        Plaintiff.

20         DEPOSITION EXHIBIT NO. 3

21         WAS MARKED FOR IDENTIFICATION.

22  Q.    And in this communication, Pavlo, you produced e-mails

23        between a company called Rhenus, R-H-E-N-U-S, Logistics

24        in New Jersey.  Do you recall sending this e-mail?  It

25        was from -- well, you sent it from Zeek502@yahoo.com to
```

1          a Lanely Bernstein.  Do you recall this?

2    A.    Yeah.

3    Q.    This is your communication with the individual at the

4          port?

5    A.    But I didn't send her no e-mail, just we were talking on

6          the phone.  She send me some e-mail.

7    Q.    She sent you some e-mail.  You were dealing with an

8          individual --

9    A.    Yes.

10   Q.    -- at a port in New Jersey called Rhenus Logistics,

11         correct?

12   A.    Yes.

13   Q.    And did you also produce a receipt showing how much

14         money you wired --

15   A.    Yes.

16   Q.    -- to the company?

17   A.    Yes, it's in the bank statement.  It was this, plus the

18         bank statement.  I made a cashier check.  They wanted a

19         cashier check.

20              MR. CHUEY:  Can I see what your looking at?

21              MR. YATOMA:  Sure.

22   Q.    Is this what you withdrew for the cashier check?

23   A.    Yes.

24   Q.    How much did you send them?

25   A.    Totalled 9000 something.  Yes.

1    Q.   Can you read that number, please?

2    A.   $7,846.94.

3    Q.   This money was sent to who?

4    A.   Was for this company, the one they took the shipment

5         from port to warehouse.

6    Q.   Got you.  So you paid for storage while you sent

7         somebody there to pick it up, correct?

8    A.   Yes.

9    Q.   And the remaining funds came from hiring a company to go

10        actually pick up the items and bring them to Michigan,

11        correct?

12   A.   Yes.

13   Q.   And the additional funds came from creating the LLC and

14        the EIN number created for you, correct?

15   A.   Yes.

16   Q.   Do you know how many pallets you received?

17   A.   No, I don't know that.

18   Q.   Was it a big --

19   A.   Yeah, it was big shipment.  It was a full semi truck.

20   Q.   Semi truck.  And you hired an individual from here or

21        the company?

22   A.   Yes, from here.

23   Q.   Do you know what it was called?

24   A.   C-H -- C-H -- goodness.

25   Q.   If you don't remember, that's fine.

```
 1   A.    I don't remember.

 2   Q.    Will you be able to get the name of who you hired?

 3   A.    Yes.

 4   Q.    And you also had to have additional funds to go to

 5         port --

 6   A.    Yes.

 7   Q.    -- and bring the unit back to Michigan, correct?

 8   A.    Yes.

 9               MR. YATOMA:  I have no further questions.

10               MR. CHUEY:  I have a couple follow-ups.  I

11         promise I won't take too long.

12   RE-EXAMINATION BY MR. CHUEY:

13   Q.    So is it your position that they shipped the units

14         before -- strike that.

15               It is your belief that -- you're unaware of

16         how many units they were shipping until after they

17         shipped it, correct?

18   A.    Yes.

19   Q.    When they notified you, while it was in --

20   A.    Germany.

21   Q.    -- Germany, did you at any time tell them to cancel the

22         shipment?

23   A.    I did tell them on the what you call it.  It's too late.

24         It already shipment and moved from Germany.

25   Q.    It was on route from Germany to York?
```

```
 1   A.   Yeah.

 2   Q.   Okay.  And did you tell them at that point I'm not going

 3        to accept it?

 4   A.   I did tell them.  They said just take it, you know,

 5        because it's too late, we going to lose a lot of money,

 6        which is when I had Chris with me, with his dad, he said

 7        just take it, you know, it's got to come.  It's already

 8        moved from Germany, we paid shipment for it.

 9   Q.   Chris and his dad said that?

10   A.   Yes.

11   Q.   But not any member of the Plaintiff company?

12   A.   I wasn't talking to them yet.  I wasn't talking to them.

13        And then I start talking to them because Germany from

14        Poland is only what, couple days shipment.

15   Q.   Sure.  So when did you first have communication with the

16        actual company that you were purchasing from?

17   A.   It was -- it was in April.

18   Q.   In April?

19   A.   April.

20   Q.   That e-mail that's Exhibit 1 --

21   A.   Yes, March 31st, like April.

22   Q.   Okay.  And so when they sent that to you did you say I

23        don't want the shipment?

24   A.   I did tell them but not on e-mail.  I never respond on

25        e-mail because I didn't have, you know, contact with him
```

1       because I didn't know the person.

2   Q.  Sure.  But did you respond to that e-mail --

3   A.  No.

4   Q.  -- that's Exhibit 1?

5   A.  Not on e-mail.  Which I respond to Mark, his son, when

6       the guy, the owner or whatever this guy is, he is with

7       them when we start talking on the video chat and I told

8       them.  I told them how you ship it without telling me

9       you going to ship it.  He said, just take it, it's too

10      late.  We ship it to Germany.  It's already moved from

11      Germany coming to you.

12  Q.  And did you tell the Plaintiff corporation or the

13      representative of that that you weren't going to accept

14      it?

15  A.  I did tell them in the beginning.  I did.  I did.  And

16      they say, you know what, now it's too late, the shipment

17      is going to come to you and then they say send the

18      money.  I said, how am I going to send you money.  How

19      about if you didn't send anything for me.  He said, no,

20      we did and they said tomorrow late you going to receive

21      it.

22  Q.  And it is your allegation that sending it back would

23      have cost you roughly $6,000?

24  A.  When it came here it was going to cost me to ship it

25      back.

1   Q.   How much?

2   A.   Around 6,000.  Between 6,000 to 65.  If I was going to

3        send it, which is there's two kind of truck, one with

4        like freezer in it, one without.  They say we prefer

5        freezer.  Freezer was like around 5 to $800 more --

6   Q.   Okay.

7   A.   -- because the candy not to melt.

8   Q.   Okay.

9   A.   And I said, well, I'm not going to pay.  They said just

10       take the candy.  I was not going to pay another 65 to

11       6800 to ship it back.

12  Q.   To send it back?

13  A.   Send it back.

14  Q.   You are alleging that you spent $15,000 to send it to

15       your warehouse, correct?

16  A.   Yes.

17  Q.   Once it was received?

18  A.   Yes.

19  Q.   Would you agree that you accepted the shipment then?

20  A.   Yeah, because -- because I was gonna -- when he told me

21       he going to give me good discount and give all the

22       commission that we making, we gonna minus it up, I

23       accept it, I took it.  How much was going to be I have

24       no idea.  Maybe he was going to charge me $6 a case or

25       $5 a case, I have no idea.  When he tell me he going to

1          take care of me, give me good discount and then I have

2          to pay.  I say I'm going to take a chance for $15,000.

3     Q.   So they said we're going to take care of you, we're

4          going to give you a discount.  What discount are they

5          going to give you?

6     A.   Discount maybe, which is $13 a case, they was going to

7          minus half or maybe more, whatever I could to sell but I

8          guess they lied to me.

9     Q.   But there was no official term where they said we'll

10         give you 50 percent discount, you only have to pay 40

11         grand?

12    A.   He didn't say that.  He didn't say how much to pay.  He

13         said we going to give you good discount.  We gonna take

14         care of you and we gonna pay for your shipment,

15         whatever, whatever you got to spend, we gonna minus it

16         up from the thing.  I said, okay, I'm going to take it.

17         When it came to York I was not going to take it.  I was

18         not going to send the money.

19    Q.   And when was payment meant to be made?

20    A.   After I was going to receive the shipment, which is some

21         -- when I looked on the date, I stopped everything.  I

22         said, you know what, I'm not going to send you a dime

23         until I see what I can push and what I can sell.

24    Q.   So you said -- so you said, I'm going to accept it but

25         I'm not going to send you anything until I can figure

```
 1         out what I can sell.  That's what you said?
 2  A.     Yes.
 3  Q.     How did they respond to that?
 4  A.     He said no, we have to get something.  And I said, I'm
 5         not going to send you -- I'm not going to send you
 6         because of the date.  Candy is closed out item.  I took
 7         it to a bunch of warehouses and they said this is a
 8         closed out item.  There's four months and a half left in
 9         it, you know, not even.
10  Q.     So them saying you gave a discount but now you're saying
11         that you just took it and said I'm going to figure out
12         how much I can sell --
13  A.     Yes.
14  Q.     -- and then pay what you think you owe?
15  A.     Yes.  Until now, if I pay whatever amount that I sell
16         I'm still going to lose the $15,000 plus other stuff
17         that I paid, plus lawyer, this and that, you know.
18  Q.     So there was no agreement of how much you would pay
19         then?
20  A.     No.
21  Q.     You just took it and said I'll pay you what I think I
22         should pay?
23  A.     Yes, there's no agreement.  There was no agreement.
24  Q.     How much do you think you should pay then?
25  A.     I have no idea.  I have to see.  What I sold was around
```

```
 1        $22,000.

 2   Q.   But you agreed that you weren't really keeping tally of

 3        how much you were selling and who you were selling to

 4        and how much you were selling for?

 5   A.   What you mean?

 6   Q.   Did you keep a log of who you were selling to and how

 7        much you were selling for?

 8   A.   I can find out, you know, which I still have the money

 9        right now.  I still have it.  Whatever I sold is on the

10        side.  Whatever I think is around $22,000 total, like

11        sell, that I made.

12   Q.   Okay.  That's an estimate, though.  You didn't keep

13        track in a spread sheet or any sort of --

14   A.   I do have it written on a paper.

15   Q.   Okay.

16   A.   I have my brother, he had written everything on the

17        paper.

18   Q.   Can you produce that paper?

19   A.   Yeah.  I mean, I have it but it's not with me right now

20        but it's around $22,000 total sold from the candy.

21   Q.   Okay.

22   A.   Still I'm going to take loss over $20,000 because of

23        little mistake that they make because of the date and

24        price, which is my agreement was not the price they

25        charge me, my agreement was 232 a unit and they end up
```

```
 1        charging me 387 or 378 plus door-to-door, I shouldn't

 2        pay $15,000.  All that.

 3   Q.   And did you bring up the issue with the expiration date

 4        while it was being shipped?

 5   A.   Of course.

 6   Q.   Okay.

 7   A.   Of course I did.

 8   Q.   And you still decided to receive the shipment?

 9   A.   Which is -- which is -- when the shipment was already

10        sent, that's why I couldn't do nothing about the date

11        when I told them date is not good.  The date supposed to

12        be 2024.  You told me -- I told them.  You told me that

13        was going to be year and a half date on the candy.  You

14        send it four and a half date on the candy there is --

15        this is impossible.  I can't sell it.  This is

16        impossible.  I'm going to pay you this much money.

17   Q.   But you still didn't send it back, you received it and

18        shipped it to your warehouse?

19   A.   Yeah.  Yeah, I was going to spend the money because they

20        told me, just take it, just take it, please take it.

21        Even the son, whatever they say just take it and leave

22        it right now and see what you can sell and then we'll

23        work it out.  I said okay.  You know, and then that's

24        what happened.

25   Q.   You said okay but then you decided not to reimburse them
```

```
 1        for anything?

 2   A.   Well, yeah.  I told them I'm going -- first of all I

 3        told them I'm going to give you $15,000.  I will give

 4        you $15,000.  They said, no, this and that.  I said the

 5        most I can do is give you $20,000, whatever I sold.  I

 6        sold $22,000.  I will keep $2,000, if you want to -- I

 7        told Mark, if you want to, your son is here, I can give

 8        him all the candy, you can take it and let him do

 9        whatever he want to do with it.  He said, no, my son

10        can't do nothing with it.

11   Q.   So I know that you said that you worked with Mark as an

12        intermediary and Chris as well, right?

13   A.   Yes.

14   Q.   And you weren't really sure who you were -- who the

15        contact was with the Plaintiff company?

16   A.   No.

17   Q.   But they sent you e-mails prior, correct?

18   A.   After they send the shipment.

19   Q.   Okay.  So they sent you an e-mail so you had their

20        contact information through that, correct?

21   A.   Yes.

22   Q.   And you engaged with them on WhatsApp --

23   A.   Yes.

24   Q.   -- prior to it arriving as well, correct?

25   A.   Yes.
```

```
 1   Q.   And so you were in contact directly with them?

 2   A.   Yeah, with the guy few times and then this is when the

 3        problem happen and then he got involved.  This person,

 4        he got involved.  He wasn't --

 5   Q.   After that did you still go through Mark or did you

 6        just --

 7   A.   Yes.

 8   Q.   Yes?

 9   A.   Yes, with both.  And then when I had a problem with, you

10        know, with them and then this person who got involved.

11        I have no idea who this person and then he told me, I'm

12        Mark girlfriend's son.  That was Mark, his girlfriend,

13        that was his son, the company, this person.  I said

14        okay, and who are you.  Saying, I'm the one I ship the

15        candy.  And he said, okay, and then we started talking.

16        And then when problem happened we had problem, we start

17        cussing each other.

18   Q.   I understand.  Okay.

19             The Southfield warehouse that took the --

20   A.   Candy.

21   Q.   Candy.  Thank you.  You said they were going to try to

22        sell it for you?

23   A.   Yes.

24   Q.   Did you have any contract with them?

25   A.   No.
```

1   Q.   Did you have any agreement as to how much of a cut that

2        you would get for them selling it?

3   A.   No.

4   Q.   How much of a cut do your jobbers get?

5   A.   I have no idea, just depends on the jobber, you know, I

6        give him a unit.  He can sell whatever he want.  I'm not

7        going to ask him how much he sold it for.  Maybe he buy

8        it from me for $1 and he can sell it for 250 and he

9        makes more than what call it.  Some jobber they want to

10       make 50 cents and some jobbers want to make a dollar, so

11       every person is different.

12  Q.   Do you have a requirement for how little they can sell

13       it for so you get a certain amount of profit?

14  A.   Then I told them just give me whatever what you can sell

15       it, see how much you can get and give me $6 a box or $5

16       a box, just to make little money before I was going to

17       lose everything.

18  Q.   So you were requesting 5 or $6 a box --

19  A.   A box.

20  Q.   -- for profit.  Well, 5 or $6 --

21  A.   Which is still I was taking a loss.

22  Q.   Okay.

23  A.   It was 8 or $9 a case.

24  Q.   So you were expecting 5 or $6 in revenue from each box?

25  A.   Yes.

```
 1   Q.   You don't know -- did you require receipts from them at
 2        all of how much they sold a box or how much they sold it
 3        for?
 4   A.   Most of them, no.
 5   Q.   Okay.
 6   A.   But some of them, yes, they have receipt.  I give this
 7        guy $6 a case and he sold it for $8.
 8   Q.   Okay.
 9   A.   He made two bucks a box.
10   Q.   So they could have been trying to sell it for $20, and
11        you wouldn't know?
12   A.   There is no way they could sell it for 20.
13   Q.   Right, but they could have still been trying to --
14   A.   Yes.
15   Q.   -- and say I can't sell this?
16   A.   Yeah.
17                  MR. YATOMA:  I object to that.  Speculation.
18                  Go ahead.
19   Q.   You wouldn't know how much they were trying to sell it
20        for, is what I'm getting at?
21   A.   Yeah, but they do have a book receipt and they give it
22        to customers, so some salesmen, they show me how much
23        they sold it.  Even some say, you know, we couldn't even
24        sell it for $8 a case.
25   Q.   So do you have those receipts?
```

1    A.    I mean, just regular paper receipt, those what you call

2          it -- I will see.

3    Q.    Do you have those?

4    A.    Maybe I have a few.  Yes, I have a few.

5    Q.    If you could produce those.

6    A.    Yeah, I have a few.

7                MR. CHUEY:  That's it for me.

8                MR. YATOMA:  A few follow-up questions.

9    RE-EXAMINATION BY MR. YATOMA:

10   Q.    So when you received the unit and you noticed they were

11         expired you made an attempt to ship them back, correct?

12   A.    Yes.

13   Q.    And you looked into shipping them back and it was going

14         to cost you anywhere between 6,000 to 6500.

15   A.    Yes.

16   Q.    Is that from Michigan to port or from --

17   A.    No, from Michigan to port.

18   Q.    To port.  Do you know how much it was going to cost from

19         port to Poland?

20   A.    No, not really.

21   Q.    Okay.

22   A.    But they told me it was going to cost them a lot from

23         United States to ship to Poland, it was going to cost

24         them over $20,000.

25   Q.    Who told you that?  The agent or Chris, Mark or agent

```
 1         for the Plaintiff?

 2    A.   Agent.

 3    Q.   Agent for the Plaintiff told you it would cost another

 4         20 grand to ship from the port in York back to Poland?

 5    A.   Yes, because he told me from Poland -- to send from

 6         Poland to United States -- it's cheaper to send from

 7         United States to Poland.

 8    Q.   So you did refuse the candy when they were shipped to

 9         you, correct?

10    A.   Yes.

11    Q.   But they told you just to keep them and try to see

12         whatever you can sell --

13    A.   Yes.

14    Q.   -- and then sell?

15    A.   Yes.

16    Q.   All right.  So at that time you took their word and you

17         decided to keep the candy?

18    A.   Yes.

19    Q.   And you tried to sell whatever you can sell?

20    A.   Yes.

21    Q.   And to this day you believe you sold approximately

22         20,000 to $22,000 worth of candy?

23    A.   Yes.

24    Q.   And then the remaining has been disposed of or it's

25         still remaining at in storage?
```

```
 1   A.   We disposed of a lot.  And I still have candy.

 2   Q.   And one last thing.  You offered to pay $15,000 for

 3        whatever you have sold, correct?

 4   A.   Yes.

 5   Q.   And they refused the 15,000?

 6   A.   They refused it.

 7   Q.   And did you have the direct number for the agent for the

 8        Plaintiff --

 9   A.   No.

10   Q.   -- or did you always have to communicate with them

11        through Mark?

12   A.   Mark.

13   Q.   Did the agent ever call you directly to your WhatsApp?

14   A.   In the beginning, no.

15   Q.   In the beginning --

16   A.   And then when the problem happened Mark give them my

17        number.

18   Q.   And then you communicated directly with the agent after

19        all these problems --

20   A.   Yes.

21   Q.   -- occurred, after you found out they were expired --

22   A.   Yes.

23   Q.   -- or the expiration date?

24   A.   Yes.

25                   MR. YATOMA:  No further questions.
```

1    RE-EXAMINATION BY MR. CHUEY:

2    Q.   Just to clarify, you were communicating with him before

3         they arrived at the port, correct, with Plaintiff's

4         client, correct?

5    A.   With this person I did.

6    Q.   He e-mailed you, that's Exhibit 1?

7    A.   Yes, he did.

8    Q.   That is before it got to port?

9    A.   He did -- he did, because they want their money.  When

10        the shipment left he want the money.  I said I'm not

11        going to give you the money.  I said how about the

12        shipment, you not send it and you got my money.  How

13        will I get my money.  I don't know you guys.

14   Q.   And you communicated via WhatsApp prior to it arriving

15        at port, correct?

16   A.   Yes.

17   Q.   So you had means of communicating with the Plaintiff's

18        directly --

19   A.   I did --

20   Q.   -- prior to it arriving in port?

21   A.   I did.

22   Q.   And you said that it would have cost the Plaintiff

23        $20,000 --

24   A.   To ship it back.

25   Q.   -- to ship it back from the port?

1   A.   From the port to Germany, from Germany to Poland.

2   Q.   So it would not have cost you anything?

3   A.   Anything.

4   Q.   But you still elected to receive it?

5   A.   Because they promise me -- they promise just take it or

6        we going to lose a lot of money, just take it, we gonna

7        -- we gonna work it out.  We gonna give you good deal,

8        just sell whatever you can.  And then I said -- I

9        decided, you know, I felt bad and then I took it.  I

10       spent 15,000.

11  Q.   They said we're going to give you good deal but there

12       was no terms of you will only have to pay X amount of

13       dollars?

14  A.   Yeah, but I have no idea -- what you call it?  He said

15       we gonna give you whatever you lost.  Whatever you lost

16       plus we gonna give you discount, plus we gonna give you

17       whatever profit we make, we make it from you we gonna

18       minus it up.  And I think it's still in the paper, the

19       one that he e-mail you --

20  Q.   Okay.

21  A.   -- saying that.

22           MR. CHUEY:  No further questions.

23           MR. YATOMA:  No more questions.

24           (Deposition concluded at 4:55 p.m.)

25

```
 1                    CERTIFICATE OF NOTARY

 2

 3      STATE OF MICHIGAN              )

 4                                     ) SS

 5      COUNTY OF OAKLAND              )

 6       I, Brenda Klein, Certified Shorthand Reporter, a Notary

 7      Public in and for the above county and state, do hereby

 8      certify that the above deposition was taken before me at

 9      the time and place hereinbefore set forth; that the

10      witness was by me first duly sworn to testify to the

11      truth, and nothing but the truth, that the foregoing

12      questions asked and answers made by the witness were

13      duly recorded by me stenographically and reduced to

14      computer transcription; that this is a true, full and

15      correct transcript of my stenographic notes so taken;

16      and that I am not related to, nor of counsel to either

17      party nor interested in the event of this cause.

18

19

20                      _____

21                      Brenda K. Klein, CSR, CER 3554,

22                      Notary Public,

23                      Oakland County, Michigan

24                      My Commission expires:  December 24, 2028

25
```