# EXHIBIT 5

Ex. 1

**Zachary Chuey**

**From:** Maciej Sznajder <sklep@miksrtvagd.pl>
**Sent:** Friday, March 31, 2023 6:08 AM
**To:** zeek502@yahoo.com; 'Mateusz Kuczaj'; sklep@mixrtvagd.pl
**Subject:** RAFAELLO DELIVERY - DETAILS

This is a multi-part message in MIME format.
--------------RVS72RSV4XVf8hEny7gP3FbP
Content-Type: text/plain; charset=3DUTF-8; format=3Dflowed
Content-Transfer-Encoding: 8bit

Dear Mr Zeek ,

I represent Mixrtvagd.pl Mateusz Kuczaj, which will fulfill your order=20 for Rafaello. With reference to the arrangements regarding the order of=20 Rafaello goods , we would like to inform You that we have managed to=20 complete the grantity You are interested in.

1. The eintire order consists of 24 europalets with 30.240 Rafaello=20 boxes weighting 150 g. Unfortunately, we cannot ship more due to the=20 logistical limitations of the transport companies and the export broker 2. The unit price for a box is 10,90 PLN which gives a total of 329.616 PLN 3. The goods are transported on special fumigated (required in=20 connection with exports from the EU to the USA) europallets. The total=20 cost of the pallets is 600 USD 4. Europallets will be 2.32 cm high.
5. The goods will be transferred to the port of destination New York.=20 Therefore, please contact your broker to collect the goods from the=20 port. Delivery is CFR (incoterms 2020) 6. Collection of goods from our warehouse will be carried out on=20 Tuesday, April 4.
7. The cost of transport from Poland to USA is 4795 USD:
*local cost:*
Avantida - 100 USD
Weighing vgm - 50 USD
Documentation fee - 60 USD
ISPS port allowance in Poland - 35 USD
export customs clearance - 60 USD
sad bis additional customs code - 5 USD
*land transport:*
Transport of goods from Boguchwa=C5=82a (place of loading) to the Port of=
=20
Gdynia - 700 USD*
*Special fumigated europallets - 600USD
***freight allowances:* (ENS/AMS/ABF) - 185 USD *sea =E2=80=8B=E2=80=8Bfreight :* 3000 USD

Let me know if everything is clear. If you have any questions feel free=20 to ask.

Kind regards,

*Maciej Sznajder*

Dzia=C5=82 Obs=C5=82ugi Klienta i Reklamacji

Telefon: +48 17 87 27 777
Telefon: +48 508 407 507

Mail: sklep@mixrtvagd.pl <mailto:sklep@mixrtvagd.pl>

https://mixrtvagd.pl <https://mixrtvagd.pl>

LOGO

*MIXRTVAGD.PL Sp. z o.o. z siedzib=C4=85 w Boguchwale ul. Aleja Syski 5,=20
36-040 Boguchwa=C5=82a wpisana do Rejestru Przedsi=C4=99biorc=C3=B3w prowad= zonego przez=20 S=C4=85d Rejonowy w Rzeszowie XII Wydzia=C5=82=E2=80=9A Gospodarczy Krajowe= go Rejestru=20 S=C4=85dowego pod nr KRS 0001013111 NIP: 5170432735, REGON: 52423725100000=
=20
kapita=C5=82=E2=80=9A zak=C5=82adowy: 5.000,00 z=C5=82=E2=80=9A*

---------------------------------------------------------------------

*Rachunek bankowy* PEKAO SA: 24 1240 4751 1111 0011 0689 2384
*BDO: 000368803*

Informacja zawarta w niniejszej korespondencji jest poufna.=20 Korespondencja skierowana jest wy=C5=82=C4=85cznie do osoby (firmy) wymieni=
onej=20
wy=C5=BCej. Rozpowszechnianie, kopiowanie, ujawnianie lub przekazywanie=20 osobom trzecim w jakiejkolwiek formie informacji zawartych w niniejszym=20 dokumencie w ca=C5=82o=C5=9Bci lub w cz=C4=99=C5=9Bci jest zakazane bez upr= zedniej pisemnej=20 (pod rygorem niewa=C5=BCno=C5=9Bci) zgody Mixrtvagd.pl Sp. z o.o.

--------------RVS72RSV4XVf8hEny7gP3FbP
Content-Type: text/html; charset=3DUTF-8
Content-Transfer-Encoding: 8bit

<html>
<head>

<meta http-equiv=3D"content-type" content=3D"text/html; charset=3DUTF-8= ">
</head>
<body>
<br>
<div class=3D"moz-signature">
<div class=3D"window__content" style=3D"padding: 15px 20px;
background: #ffffff;">
<p style=3D"font-size: 11pt; font-family: Arial; margin: 0;
line-height: 1.3; color: #333333">Dear Mr Zeek ,<br>
=C2=A0<br>
I represent Mixrtvagd.pl Mateusz Kuczaj, which will fulfill
your order for Rafaello. With reference to the arrangements
regarding the order of Rafaello goods , we would like to
inform You that we have managed to complete the grantity You
are interested in. <br>
</p>
<p style=3D"font-size: 11pt; font-family: Arial; margin: 0;